ANTHONY R. LOPEZ, a Professional Corporation
LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ (State Bar Number 149653)
9025 Wilshire Blvd, Suite 500
Beverly Hills, California 90211
Telephone:(310)276-4700
Facsimile:(310)861-0509
Email: alopez@musicatty.com

Attorneys for Plaintiff ARIES MUSIC ENTERTAINMENT, INC.

JS 6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARIES MUSIC ENTERTAINMENT, INC., a Florida corporation<br><br>Plaintiff,<br><br>v.<br><br>CAPITOL RECORDS, LLC doing business as EMI TELEVISA MUSIC; and DOES 1 through 5.<br><br>Defendants.<br>_____ | **Case No.: CV08-05885-DSF(VBKx)**<br><br>**ORDER FOR DISMISSAL** |

///
///
///
///
///
///
///

1

**[PROPOSED] ORDER FOR DISMISSAL**

1 | The parties having stipulated to the dismissal of the above captioned action
2 | and this court having considered the stipulation of the parties, the file in this matter
3 | and good cause appearing:

IT IS HEREBY ORDERED

The above captioned action is dismissed with prejudice with each side to bear its attorney fees and own costs.

Dated: __1/4/10__  _____/s/ Dale S. Fischer_____
UNITED STATES DISTRICT JUDGE